# CIVIL MINUTE SHEET
# MOTION HEARING

☐ Telephonic



**FILED**

**3:30 pm, 6/2/09**
**Stephan Harris**
**Clerk of Court**

Date  06/02/09

Time  1:50-3:30 pm                                      Case No.  07-CV-17B

_____STATE OF WYOMING_____   VS   __UNITED STATES DEPT OF AGRICULTURE ET AL__

| Clarence A. Brimmer | Josie Saenz | Jan Davis | Alyssa Butler |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   James Kaste;  Marian Larsen; Harriett Hageman; Brent Kunz

Attorney(s) for Defendant(s)  Barclay Samford; Jim Angell; Carol Statkus

Witness(es) for Plaintiff(s)
Witness(es) for Defendant(s)

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 118 | reconsideration and to stay pending reconsideration | U/A |
| Defendant | 128 | for order graning Rule 62(c) for suspension of injuction | U/A |
| Defendant | 130 | amend/correct Rule 62(c) | U/A |
| Defendant | 134 | or suspension of injuction pending appeal | U/A |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
                                 _____ by _____
☐ Order to be prepared by    ☐ Court    ☐ Attorney _____
☐ Attorney _____                    Admitted *pro hac vice*

Other proceedings