FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 15 2009

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING, ) <br> ) <br> Plaintiff, ) <br> ) <br> and the COLORADO MINING ) <br> ASSOCIATION, ) <br> ) <br> Plaintiff- ) <br> Intervenor ) <br> ) <br> vs. ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, et al., ) <br> ) <br> Defendants, ) <br> ) <br> and the WYOMING OUTDOOR ) <br> COUNCIL, et al., ) <br> ) <br> Defendant- ) <br> Intervenors. ) | Case No. 07-CV-017-B |

## JUDGMENT

This matter came before the Court upon Plaintiff's Complaint for Declaratory and Injunctive Relief [doc. #1]. The Court granted Plaintiff's request for declaratory and injunctive relief finding that the 2001 Roadless Rule was promulgated in violation of law, and enjoining its enforcement [doc. #114].

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff's request for Declaratory and Injunctive Relief is GRANTED. The 2001 Roadless Rule is hereby enjoined from enforcement.

Dated this ___15TH___ day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE